**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Marie A. Andersen,

**Civil Court File No. 01-2118 (RHK/SRN)**

Plaintiff,

vs.

**STIPULATION AND AGREED ORDER FOR DISMISSAL**

E.F. Johnson Company,

Defendant.

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled matter, that the above entitled action having been fully and finally compromised and settled, the same may be and hereby is dismissed with prejudice, on the merits, without costs or fees to any party.

IT IS FURTHER STIPULATED AND AGREED that the Court may enter judgment of dismissal upon this Stipulation.

**BRIGGS AND MORGAN, P.A.**

Dated: 3/5/02

By: ______________________
Binh T. Tuong (#297434)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEY FOR DEFENDANT**

1376195v1

FILED MAR 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**MARIE A. ANDERSEN**

Dated: March 3, 2002

Marie A. Andersen

Marie A. Andersen
404 11th Street SE
Waseca, MN 56093

**ORDER FOR DISMISSAL**

IT IS HEREBY ORDERED, based on the foregoing Stipulation of the parties, the above-entitled matter is hereby dismissed with prejudice, on the merits, without costs or fees.

Dated this 20th day of March, 2002.

**BY THE COURT:**

Judge of United States District Court